RUTH STEINBERG, Appellant-Respondent, v. HYMAN STEINBERG, Respondent-Appellant.— Order unanimously modified so as to increase the amount of alimony to $85 a week pending determination of the merits and a better opportunity at the trial to determine the defendant's ability to pay and the appropriate amount and, as so modified, affirmed. Whether the allowance for counsel fee is adequate will depend upon the requirements of the trial. Leave is granted to plaintiff to apply to the trial court upon termination of the trial for additional counsel fee in the event that the present counsel fee proves to be inadequate. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

PRESTO PLASTIC PRODUCTS CO., INC., Respondent, v. BALL & JEWELL, INC., Appellant.— Order unanimously modified so as to grant consolidation of the Municipal Court action with the Supreme Court action upon condition that the defendant's cause of action, as a counterclaim, be tried separately by a jury prior to the trial of the plaintiff's equitable cause of action. Defendant Ball & Jewell, Inc., shall have the right to open and close upon the separate jury trial of its counterclaim. The equity trial may then proceed before the same justice hearing the jury issue. The order, as so modified, is affirmed, with $10 costs and disbursements to the appellant. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

MARIA M. IBSEN, Respondent, v. PAUL IBSEN, Appellant.— Order unanimously reversed and the motion denied. The reasonable probability of success is not sufficiently demonstrated. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [Order granted plaintiff's motion for temporary alimony and counsel fees.]

MARIA M. IBSEN, Respondent, v. PAUL IBSEN, Appellant.— Appeal, having become academic by virtue of the decision of this court in appeal in *Ibsen* v. *Ibsen* (*ante*, p. 742), decided herewith, is dismissed. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [Order denied defendant's motion for reargument.]

ADOLPH GOLDMAN, Respondent, v. PATHE INDUSTRIES, INC., et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion to dismiss for failure to prosecute granted. The long delay in the prosecution of this action is inexcusable. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

In the Matter of the Probate of the Will of FRIEDA RAHMSDORF, Deceased. CURT RAHMSDORF, Appellant; EUGENE RAHMSDORF, Respondent.— Order unanimously affirmed. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Order unanimously affirmed, with $20 costs and disbursements to the respondent, in the absence of a showing that the will would have been revoked except for intervention of the proponent. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *post*, p. 746.]